# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 16-10859-TPA** |
| | : | **Chapter 13** |
| **Brian P. Potts and** | : | |
| **Christine L. Potts,** | : | |
| Debtors | : | |
| | : | **Docket No.: 66** |
| **Brian P. Potts and** | : | |
| **Christine L. Potss,** | : | |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## STATUS REPORT

**AND NOW** this 15th day of September 2020, come Brian P. Potts and Christine L. Potts ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 12, 2016 (the "Filing Date").

2. On August 13, 2020 Debtors filed a *Proposed Consent Order for Post-Petition Vehicle Financing* to obtain an automobile.

3. On August 14, 2020, this Honorable Court granted the Proposed *Order* and authorized the Debtors to seek and complete financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated August 14, 2020.

Date: <u>September 15, 2020</u>                                         */s/ Daniel P. Foster, Esquire*

                                                                 Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors