**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** : | | **Bankruptcy No. 16-10859-TPA** |
| : | | **Chapter 13** |
| **Brian P. Potts and** : | | |
| **Christine L. Potts,** : | | |
| Debtors : | | |
| : | | **Docket No.: 73** |
| **Brian P. Potts and** : | | |
| **Christine L. Potts,** : | | |
| : | | |
| Movants : | | |
| : | | |
| vs. : | | |
| : | | |
| **Ronda J. Winnecour, Esquire,** : | | |
| Chapter 13 Trustee, : | | |
| Respondent : | | |

## STATUS REPORT

**AND NOW** this 1st day of June 2021, come Brian P. Potts and Christine L. Potts ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 12, 2016 (the "Filing Date").

2. On April 23, 2021 Debtors filed a *Proposed Consent Order for Post-Petition Vehicle Financing* to obtain an automobile.

3. On April 26, 2021, this Honorable Court granted the Proposed *Order* and authorized the Debtors to seek and complete financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated April 26, 2021.

Date: <u>June 1, 2021</u>　　　　　　　　　　　　　　　　　　*/s/ Daniel P. Foster, Esquire*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel P. Foster, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PA. I.D. No. 92376
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Foster Law Offices
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1210 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA  16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 814.724.1158
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email:  dan@mrdebtbuster.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors