**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/13/2021

IN RE:

BRIAN P POTTS
CHRISTINE L POTTS
11591 SUNSET STREET
CONNEAUT LAKE, PA 16316
XXX-XX-6873          Debtor(s)

XXX-XX-8211

Case No.16-10859 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/13/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim | Cred Desc / Account / Comment |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3055 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*774@CNTRL LN/P*DK4PMT-LMT*$0 ARRS*BG10/16*FrLAKEVIEW-CENLA | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1394 |
| **PORT CONNEAUT FCU**<br>1002 BROAD ST<br>CONNEAUT, OH 44030 | Trustee Claim Number: 4   INT %: 3.25%<br>Court Claim Number: 7<br>CLAIM: 15,038.56<br>COMMENT: $CL7GOVS@3.25%MDF/PL*PMT/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6522 |
| **PORT CONNEAUT FCU**<br>1002 BROAD ST<br>CONNEAUT, OH 44030 | Trustee Claim Number: 5   INT %: 3.25%<br>Court Claim Number: 27<br>CLAIM: 10,073.95<br>COMMENT: $CL27GOVS@3.25%MDF/PL~PRO RATA*PMT/CONF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6500 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,104.00<br>COMMENT: $CL-PL@0% | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6873 |
| **AMERICAN PROFIT RECOVERY++**<br>34405 W 12 MILE RD STE 379<br>FARMINGTON, MI 48331 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HOMETOWN VISION CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9616 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,772.65<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7966 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 633.30<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6247 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 614.91<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6151 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6994 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 5,709.23<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5355 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 11,089.29<br>COMMENT: THD~CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6220 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 699.84<br>COMMENT: BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1164 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 682.97<br>COMMENT: VICTORIA SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2947 |
| **COMMERCIAL ACCEPTANCE++**<br>2 W MAIN ST<br><br>SHIREMANSTOWN, PA 17011 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NW PHYSCN ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: L36L |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 542.31<br>COMMENT: CREDIT ONE BANK*FNBM*CHARGE OFF 10/14/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4110 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,476.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6283 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 1,095.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0640 |
| **DOMINION EAST OHIO GAS**<br>PO BOX 5759<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 1,190.87<br>COMMENT: X8604/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6991 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIDELITY PROPERTIES++**<br>POB 2055<br>ALLIANCE, OH 44601 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ASHTABULA CNTY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4050 |
| **FIDELITY PROPERTIES++**<br>POB 2055<br>ALLIANCE, OH 44601 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ASHTABULA CNTY MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2392 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PATHOLOGY CONSULTANTS LLC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4006 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRACTIC UNVSTY MDCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2749 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH 44122-5662 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRACTIC UNVSTY MDCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7179 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 888.48<br>COMMENT: REF 3327259006*CHARGE OFF 9/29/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4436 |
| **HEINTZ COLLECTION**<br>225 BROAD ST<br>CONNEAUT, OH 44030 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GREATWAVE CMMNCTNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5950 |
| **HEINTZ COLLECTION**<br>225 BROAD ST<br>CONNEAUT, OH 44030 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GREATWAVE CMMNCTNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5952 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,484.44<br>COMMENT: X4112/SCH*SYNCHRONY BANK~WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3055 |
| **ONLINE COLLECTIONS**<br>PO BOX 1489<br>WINTERVILLE, NC 28590 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ILLUMINATING CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2276 |

| Creditor | Claim Info | Details |
|---|---|---|
| **PORT CONNEAUT FCU**<br>1002 BROAD ST<br><br>CONNEAUT, OH  44030 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  2,860.11<br>COMMENT:  X4200/SCH*LOAN TAKEN 5/4/2016 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6542 |
| **PORT CONNEAUT FCU**<br>1002 BROAD ST<br><br>CONNEAUT, OH  44030 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  2,101.60<br>COMMENT:  LOAN DATE 3/28/2013 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5424 |
| **PORT CONNEAUT FCU**<br>1002 BROAD ST<br><br>CONNEAUT, OH  44030 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  260.25<br>COMMENT:  X2000/SCH*NO POD~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8820 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  3,979.78<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8328 |
| **REGENCY FINANCE CO++**<br>POB 4836<br><br>YOUNGSTOWN, OH  44515 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7201 |
| **REGENCY FINANCE CO++**<br>POB 4836<br><br>YOUNGSTOWN, OH  44515 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1701 |
| **REGENCY FINANCE CO++**<br>POB 4836<br><br>YOUNGSTOWN, OH  44515 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~BELIEVED TO BE A DUP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1701 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  292.06<br>COMMENT:  SYNCHRONY BANK~PAYPAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9469 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  522.80<br>COMMENT:  X5756/SCH*16-205938*SYNCHRONY BANK~SAMS CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5938 |
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  15090 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~PA LIBERTY ST EMRGNCY PHYSCNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8743 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 15090 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~PA LIBERTY ST EMRGNCY PHYSCNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1461 |
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 15090 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MEADVILLE MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8711 |
| **ASHTABULA COUNTY MEDICAL CENTER**<br>POB 71-710940<br><br>COLUMBUS, OH 43271 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST ENERGY***<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GREATWAVE COMMUNICATIONS**<br>224 STATE ST<br><br>CONNEAUT, OH 44030 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HOMETOWN VISION CENTER**<br>RTE 193<br><br>NORTH KINGSVILLE, OH 44068 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br><br>MEADVILLE, PA 16335 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN POWER***<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 152.32<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5293 |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 42.26<br>COMMENT: NT/SCH*LAB CORP | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6670 |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 7.69<br>COMMENT: NT/SCH*LAB CORP | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6680 |

| CLAIM RECORDS | | |
|---|---|---|
| **PERITUS PORTFOLIO SERVICES*** <br> PO BOX 141419 <br><br> IRVING, TX  75014-1419 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number:20 <br><br> CLAIM:  500.00 <br> COMMENT:  NT/SCH*FR QUICKPAY-DOC 57*NO POD~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9064 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -** <br> PO BOX 5008 <br><br> CAROL STREAM, IL  60197-5008 | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number:22 <br><br> CLAIM:  236.49 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7481 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> PO BOX 62182 <br><br> BALTIMORE, MD  21264-2182 | Trustee Claim Number:53  INT %:  0.00% <br> Court Claim Number:28 <br><br> CLAIM:  1,440.27 <br> COMMENT:  $0 ARREARS/PL*THRU 9/16*FR LAKEVIEW C/O CENLAR~DOC 53*ALWD/OE | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  1394 |
| **MARIA MIKSICH ESQ.** <br> KML LAW GROUP <br> BNY MELLON INDEPENDENCE CENTER <br> 701 MARKET STREET SUITE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number:54  INT %:  0.00% <br> Court Claim Number: <br><br><br> CLAIM:  0.00 <br> COMMENT:  LAKEVIEW LOAN SERVICING/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |