**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10859-TPA |
| | : | |
| Brian P Potts and | : | CHAPTER 13 |
| Christine L Potts, | : | |
|     Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| Brian P Potts, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 86 |
| | : | |
| vs. | : | |
| | : | |
| Bessemer & Lake Erie Railroad Co., | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>October 21, 2021</u> | By: <u>/s/ Kaitlyn E. Vale</u> |
| | KAITLYN E. VALE, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**BESSEMER & LAKE ERIE RAILROAD CO**
**17641 SOUTH ASHLAND AVENUE**
**HOMEWOOD IL 60430**