FILED
10/20/21 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  BRIAN P POTTS<br>CHRISTINE L POTTS<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  BRIAN P POTTS<br>CHRISTINE L POTTS<br><br>      Respondents | Case No.16-10859 TPA<br><br>Chapter 13<br><br>Related Document No. 85 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___20th___ day of _October_, 20**21**, it is hereby ORDERED, ADJUDGED, and DECREED that,

      Bessemer & Lake Erie Railroad Co
      Attn Payroll Administrator
      17641 South Ashland Ave
      Homewood,PA 60430

is hereby ordered to immediately terminate the attachment of the wages of BRIAN P POTTS, social security number XXX-XX-6873. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRIAN P POTTS.

BY THE COURT:

_____asg_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-10859-TPA
Brian P. Potts Chapter 13
Christine L. Potts
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 2
Date Rcvd: Oct 20, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Brian P. Potts, Christine L. Potts, 11591 Sunset Street, Conneaut Lake, PA 16316-5845

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com

Daniel P. Foster
     on behalf of Debtor Brian P. Potts dan@mrdebtbuster.com
     katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
     on behalf of Joint Debtor Christine L. Potts dan@mrdebtbuster.com
     katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
     on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

District/off: 0315-1     User: culy     Page 2 of 2
Date Rcvd: Oct 20, 2021     Form ID: pdf900     Total Noticed: 1

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 9