Certificate Number: 02998-PAW-DE-036097480

Bankruptcy Case Number: 16-10859



02998-PAW-DE-036097480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2021, at 8:59 o'clock PM EDT, Brian P Potts completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 28, 2021

By: /s/Angela Zinnerman

Name: Angela Zinnerman

Title: Counselor