Certificate Number: 02998-PAW-DE-036097481

Bankruptcy Case Number: 16-10859



02998-PAW-DE-036097481

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2021, at 8:59 o'clock PM EDT, Christine L Potts completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 28, 2021          By:    /s/Angela Zinnerman

                                  Name:  Angela Zinnerman

                                  Title: Counselor