Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Brian P. Potts** : | Case No. 16−10859−TPA |
| **Christine L. Potts** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 96 |
| v.  : | |
| **No Respondents** : | Hearing Date: 2/9/22 at 12:00 PM |
| *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 23rd of November, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 96 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before January 7, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on ***February 9, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian P. Potts  
Christine L. Potts  
    Debtors

Case No. 16-10859-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 4  
Date Rcvd: Nov 23, 2021     Form ID: 300b     Total Noticed: 60

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian P. Potts, Christine L. Potts, 11591 Sunset Street, Conneaut Lake, PA 16316-5845 |
| 14288025 | + | Ashtabula County Medical Center, 2420 Lake Avenue, Ashtabula, OH 44004-4970 |
| 14288026 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14288027 | + | Belden Jewelers, Sterling Jewelers, Inc, Po Boc 1799, Akron, OH 44309-1799 |
| 14288035 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14288039 | + | Fidelity Properties, Inc, 220 East Main Street, Alliance, OH 44601-2423 |
| 14288043 | | First Premier Bank, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 14288044 | + | Greatwave Communications, 224 State Street, Conneaut, OH 44030-2637 |
| 14288045 | + | Heintz Collection, 225 Broad Street, Conneaut, OH 44030-2616 |
| 14288046 | + | Hometown Vision Center, PO Box 509, North Kingsville, OH 44068-0509 |
| 14637163 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14288049 | + | Northwest Physician Associates, 1012 Water Street, Meadville, PA 16335-3468 |
| 14288051 | + | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335-2559 |
| 14288052 | + | Pathology Consultants LLC, 8166 Market Street, Suite D, Youngstown, OH 44512-6247 |
| 14288054 | + | Port Conneaut Federal Credit Union, 1002 Broad Street, Conneaut, OH 44030-1504 |
| 14360270 | + | QUICK PAY, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 14288057 | + | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:57 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288024 | + | Email/Text: bky@americanprofit.net | Nov 23 2021 23:26:00 | American Profit Recovery, 34405 West 12 Miles Road, #379, Farmington Hills, MI 48331-5608 |
| 14345356 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:59 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288026 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 23 2021 23:26:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14288028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14288029 | + | Email/Text: clientservices@credit-control.com | Nov 23 2021 23:26:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14288031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:58 | Citibank, Po Box 6241, Sioux Falls, SD |

Case 16-10859-TPA  Doc 98  Filed 11/25/21  Entered 11/26/21 00:29:27  Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: agro | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 300b | Total Noticed: 60 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14288032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:08 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14288033 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank / Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14288034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14288036 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2021 23:28:44 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14366675 | | Email/Text: G06041@att.com | Nov 23 2021 23:26:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14291322 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14288037 | + | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14288038 | + | Email/Text: ohiobankruptcy@dom.com | Nov 23 2021 23:26:00 | Dominion East Ohio Gas, PO Box 5759, Cleveland, OH 44101-0759 |
| 14288042 | | Email/Text: jill@ffcc.com | Nov 23 2021 23:25:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14288040 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 23 2021 23:26:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14288041 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 23 2021 23:26:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14297846 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2021 23:25:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14288030 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:28:42 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14345390 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:58 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14329827 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288047 | + | Email/Text: mwetherbee@mmchs.org | Nov 23 2021 23:26:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14288048 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14356664 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14288050 | + | Email/Text: bankruptcy@onlineis.com | Nov 23 2021 23:26:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 14884295 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 23 2021 23:26:00 | Peritus Portfolio Services, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14347473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14345166 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 23 2021 23:26:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14288053 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:59 | Pinnacle Credit Services, Po Box 640, Hopkins, MN 55343-0640 |

(continued from previous page: 57117-6241)

District/off: 0315-1 | User: agro | Page 3 of 4
Date Rcvd: Nov 23, 2021 | Form ID: 300b | Total Noticed: 60

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14288055 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:29:06 | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14364329 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2021 23:26:00 | Premier Bankard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14323922 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14288666 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:29:07 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288057 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 23 2021 23:26:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14288058 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:03 | Syncb Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14288059 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:03 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14288060 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:03 | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14288061 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:51 | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14288062 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:51 | Synchrony Bank / PayPal Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14288063 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:03 | Synchrony Bank / Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14288064 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:03 | Synchrony Bank / TJ MaxX, Po Box 965064, Orlando, FL 32896-5064 |
| 14288065 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:51 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14288066 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 23 2021 23:26:00 | Transworld Systems Inc / 33, PO Box 15630, Wilmington, DE 19850-5630 |
| 14288067 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 23 2021 23:26:00 | Transworld Systems Inc / 51, 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14661626 | | M&T as Servicer for Lakeview Loan Serv. LLC, P.O.Box 62182,Baltimore,MD 21264 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, Peritus Portfolio Services, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14297847 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14297845 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14288056 | ##+ | Regency Finance Company, 6588 North Ridge Road, Madison, OH 44057-2552 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-1 | User: agro | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 300b | Total Noticed: 60 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Brian P. Potts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Christine L. Potts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 10