**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN P POTTS<br>CHRISTINE L POTTS<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-10859 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/12/2016 and confirmed on 12/5/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,723.73 |
| Less Refunds to Debtor | 1,475.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,248.33 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,180.34 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,680.34 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 48,161.43 | 0.00 | 48,161.43 |
|     Acct: 1394 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 1,440.27 | 1,440.27 | 0.00 | 1,440.27 |
|     Acct: 1394 | | | | |
|   PORT CONNEAUT FCU | 10,073.95 | 10,073.95 | 981.23 | 11,055.18 |
|     Acct: 6500 | | | | |
|   PORT CONNEAUT FCU | 15,038.56 | 15,038.56 | 1,306.61 | 16,345.17 |
|     Acct: 6522 | | | | |
| | | | | 77,002.05 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN P POTTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN P POTTS | 1,475.40 | 1,475.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,104.00 | 1,104.00 | 0.00 | 1,104.00 |
|     Acct: 6873 | | | | |
| | | | | 1,104.00 |
| **Unsecured** | | | | |
|   AMERICAN PROFIT RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9616 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,772.65 | 33.65 | 0.00 | 33.65 |
|     Acct: 7966 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 633.30 | 12.02 | 0.00 | 12.02 |
|     Acct: 6247 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 614.91 | 11.67 | 0.00 | 11.67 |
|     Acct: 6151 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6994 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 5,709.23 | 252.14 | 0.00 | 252.14 |
| Acct: 5355 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 11,089.29 | 489.73 | 0.00 | 489.73 |
| Acct: 6220 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 699.84 | 13.28 | 0.00 | 13.28 |
| Acct: 1164 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 682.97 | 12.96 | 0.00 | 12.96 |
| Acct: 2947 | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: L36L | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 542.31 | 10.29 | 0.00 | 10.29 |
| Acct: 4110 | | | | |
| DISCOVER BANK(*) | 1,476.11 | 28.02 | 0.00 | 28.02 |
| Acct: 6283 | | | | |
| DISCOVER BANK(*) | 1,095.87 | 20.80 | 0.00 | 20.80 |
| Acct: 0640 | | | | |
| DOMINION EAST OHIO GAS | 1,190.87 | 22.61 | 0.00 | 22.61 |
| Acct: 6991 | | | | |
| FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4050 | | | | |
| FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2392 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4006 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2749 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7179 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 888.48 | 16.87 | 0.00 | 16.87 |
| Acct: 4436 | | | | |
| HEINTZ COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5950 | | | | |
| HEINTZ COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5952 | | | | |
| MIDLAND FUNDING LLC | 2,484.44 | 109.72 | 0.00 | 109.72 |
| Acct: 3055 | | | | |
| ONLINE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2276 | | | | |
| PORT CONNEAUT FCU | 2,860.11 | 126.31 | 0.00 | 126.31 |
| Acct: 6542 | | | | |
| PORT CONNEAUT FCU | 2,101.60 | 92.81 | 0.00 | 92.81 |
| Acct: 5424 | | | | |
| PORT CONNEAUT FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8820 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,979.78 | 175.76 | 0.00 | 175.76 |
| Acct: 8328 | | | | |
| REGENCY FINANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7201 | | | | |
| REGENCY FINANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1701 | | | | |
| REGENCY FINANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1701 | | | | |
| MIDLAND FUNDING LLC | 292.06 | 5.55 | 0.00 | 5.55 |
| Acct: 9469 | | | | |
| MIDLAND FUNDING LLC | 522.80 | 9.93 | 0.00 | 9.93 |
| Acct: 5938 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8743 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |

16-10859 TPA    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1461 | | | | |
|   TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8711 | | | | |
|   PENN POWER* | 152.32 | 2.89 | 0.00 | 2.89 |
|     Acct: 5293 | | | | |
|   ASHLEY FUNDING SERVICES LLC - ASSIG | 42.26 | 0.80 | 0.00 | 0.80 |
|     Acct: 6670 | | | | |
|   ASHLEY FUNDING SERVICES LLC - ASSIG | 7.69 | 0.15 | 0.00 | 0.15 |
|     Acct: 6680 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 500.00 | 9.49 | 0.00 | 9.49 |
|     Acct: 9064 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 236.49 | 4.49 | 0.00 | 4.49 |
|     Acct: 7481 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3055 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ASHTABULA COUNTY MEDICAL CENTER- | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIA MIKSICH ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREATWAVE COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOMETOWN VISION CENTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,461.94 |

TOTAL PAID TO CREDITORS                                                                                     79,567.99

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 1,104.00 |
| SECURED | 26,552.78 |
| UNSECURED | 39,575.38 |

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRIAN P POTTS
    CHRISTINE L POTTS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10859 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10859-TPA |
| Brian P. Potts | Chapter 13 |
| Christine L. Potts | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian P. Potts, Christine L. Potts, 11591 Sunset Street, Conneaut Lake, PA 16316-5845 |
| 14288025 | + | Ashtabula County Medical Center, 2420 Lake Avenue, Ashtabula, OH 44004-4970 |
| 14288026 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14288027 | + | Belden Jewelers, Sterling Jewelers, Inc, Po Boc 1799, Akron, OH 44309-1799 |
| 14288035 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14288039 | + | Fidelity Properties, Inc, 220 East Main Street, Alliance, OH 44601-2423 |
| 14288043 | | First Premier Bank, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 14288044 | + | Greatwave Communications, 224 State Street, Conneaut, OH 44030-2637 |
| 14288045 | + | Heintz Collection, 225 Broad Street, Conneaut, OH 44030-2616 |
| 14288046 | + | Hometown Vision Center, PO Box 509, North Kingsville, OH 44068-0509 |
| 14637163 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14288049 | + | Northwest Physician Associates, 1012 Water Street, Meadville, PA 16335-3468 |
| 14288051 | + | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335-2559 |
| 14288052 | + | Pathology Consultants LLC, 8166 Market Street, Suite D, Youngstown, OH 44512-6247 |
| 14288054 | + | Port Conneaut Federal Credit Union, 1002 Broad Street, Conneaut, OH 44030-1504 |
| 14360270 | + | QUICK PAY, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 14288057 | + | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:45 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288024 | + | Email/Text: bky@americanprofit.net | Nov 23 2021 23:26:00 | American Profit Recovery, 34405 West 12 Miles Road, #379, Farmington Hills, MI 48331-5608 |
| 14345356 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288026 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 23 2021 23:26:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14288028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:43 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14288029 | + | Email/Text: clientservices@credit-control.com | Nov 23 2021 23:26:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14288031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Citibank, Po Box 6241, Sioux Falls, SD |

Case 16-10859-TPA    Doc 99    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc Imaged
                              Certificate of Notice    Page 7 of 9

| District/off: 0315-1 | User: agro | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6241 |
| 14288032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14288033 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank / Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14288034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14288036 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2021 23:28:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14366675 | | Email/Text: G06041@att.com | Nov 23 2021 23:26:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14291322 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14288037 | + | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14288038 | + | Email/Text: ohiobankruptcy@dom.com | Nov 23 2021 23:26:00 | Dominion East Ohio Gas, PO Box 5759, Cleveland, OH 44101-0759 |
| 14288042 | | Email/Text: jill@ffcc.com | Nov 23 2021 23:25:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14288040 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 23 2021 23:26:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14288041 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 23 2021 23:26:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14297846 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2021 23:25:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14288030 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 23:29:04 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14345390 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14329827 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:46 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288047 | + | Email/Text: mwetherbee@mmchs.org | Nov 23 2021 23:26:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14288048 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14356664 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14288050 | + | Email/Text: bankruptcy@onlineis.com | Nov 23 2021 23:26:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 14884295 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 23 2021 23:26:00 | Peritus Portfolio Services, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14347473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14345166 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 23 2021 23:26:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14288053 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:58 | Pinnacle Credit Services, Po Box 640, Hopkins, MN 55343-0640 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14288055 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2021 23:28:55 | | Portfolio Recovery & Associates, Po Box 41067, Norfolk, VA 23541-1067 |
| 14364329 | + | Email/Text: JCAP_BNC_Notices@jcap.com Nov 23 2021 23:26:00 | | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14323922 | | Email/Text: bnc-quantum@quantum3group.com Nov 23 2021 23:26:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14288666 | | Email/PDF: rmscedi@recoverycorp.com Nov 23 2021 23:28:56 | | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288057 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 23 2021 23:26:00 | | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14288058 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:28:51 | | Syncb Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14288059 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:28:41 | | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14288060 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:29:03 | | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14288061 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:28:52 | | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14288062 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:29:03 | | Synchrony Bank / PayPal Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14288063 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:29:03 | | Synchrony Bank / Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14288064 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:28:42 | | Synchrony Bank / TJ MaxX, Po Box 965064, Orlando, FL 32896-5064 |
| 14288065 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2021 23:28:41 | | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14288066 | + | Email/Text: bankruptcydepartment@tsico.com Nov 23 2021 23:26:00 | | Transworld Systems Inc / 33, PO Box 15630, Wilmington, DE 19850-5630 |
| 14288067 | + | Email/Text: bankruptcydepartment@tsico.com Nov 23 2021 23:26:00 | | Transworld Systems Inc / 51, 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14661626 | | M&T as Servicer for Lakeview Loan Serv. LLC, P.O.Box 62182,Baltimore,MD 21264 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, Peritus Portfolio Services, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14297847 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14297845 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14288056 | ##+ | Regency Finance Company, 6588 North Ridge Road, Madison, OH 44057-2552 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 4 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 60 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Brian P. Potts dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Christine L. Potts dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Jerome B. Blank
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor LakeView Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

TOTAL: 10