**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BRIAN P POTTS
CHRISTINE L POTTS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-10859 TPA

Chapter 13

Related Document No.: 96

ORDER OF COURT

  AND NOW, this 28th day of January, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian P. Potts  
Christine L. Potts  
    Debtors

Case No. 16-10859-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4  
Date Rcvd: Jan 28, 2022     Form ID: pdf900     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian P. Potts, Christine L. Potts, 11591 Sunset Street, Conneaut Lake, PA 16316-5845 |
| 14288025 | + | Ashtabula County Medical Center, 2420 Lake Avenue, Ashtabula, OH 44004-4970 |
| 14288027 | + | Belden Jewelers, Sterling Jewelers, Inc, Po Boc 1799, Akron, OH 44309-1799 |
| 14288035 | + | Commercial Acceptance, 2 West Main Street, Shiremanstown, PA 17011-6326 |
| 14288039 | + | Fidelity Properties, Inc, 220 East Main Street, Alliance, OH 44601-2423 |
| 14288043 | | First Premier Bank, 601 South Minneapolis Avenue, Sioux Falls, SD 57104 |
| 14288044 | + | Greatwave Communications, 224 State Street, Conneaut, OH 44030-2637 |
| 14288045 | + | Heintz Collection, 225 Broad Street, Conneaut, OH 44030-2616 |
| 14288046 | + | Hometown Vision Center, PO Box 509, North Kingsville, OH 44068-0509 |
| 14637163 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14288049 | + | Northwest Physician Associates, 1012 Water Street, Meadville, PA 16335-3468 |
| 14288051 | + | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335-2559 |
| 14288052 | + | Pathology Consultants LLC, 8166 Market Street, Suite D, Youngstown, OH 44512-6247 |
| 14288054 | + | Port Conneaut Federal Credit Union, 1002 Broad Street, Conneaut, OH 44030-1504 |
| 14360270 | + | QUICK PAY, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2022 23:40:30 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288024 | + | Email/Text: bky@americanprofit.net | Jan 28 2022 23:33:00 | American Profit Recovery, 34405 West 12 Miles Road, #379, Farmington Hills, MI 48331-5608 |
| 14345356 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 23:40:23 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288026 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2022 23:33:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14288028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2022 23:40:21 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14288029 | + | Email/Text: clientservices@credit-control.com | Jan 28 2022 23:33:00 | Central Loan Admin & Reporting, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14288031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2022 23:40:23 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14288032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 28 2022 23:40:27 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14288033 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2022 23:33:00 | Comenity Bank / Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14288034 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2022 23:33:00 | Comenity Bank / Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14288036 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2022 23:40:26 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14366675 | Email/Text: G06041@att.com | Jan 28 2022 23:33:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14291322 | Email/Text: mrdiscen@discover.com | Jan 28 2022 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14288037 | + Email/Text: mrdiscen@discover.com | Jan 28 2022 23:32:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14288038 | + Email/Text: ohiobankruptcy@dom.com | Jan 28 2022 23:33:00 | Dominion East Ohio Gas, PO Box 5759, Cleveland, OH 44101-0759 |
| 14288042 | Email/Text: jill@ffcc.com | Jan 28 2022 23:32:00 | First Federal Credit & Collections, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 14288040 | + Email/Text: bnc-bluestem@quantum3group.com | Jan 28 2022 23:33:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14288041 | + Email/Text: bankruptcy@firstenergycorp.com | Jan 28 2022 23:33:00 | First Energy, Revenue Assurance, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14297846 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2022 23:33:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14288030 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2022 23:40:25 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14345390 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 23:40:31 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14329827 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 23:40:23 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14288047 | + Email/Text: mwetherbee@mmchs.org | Jan 28 2022 23:33:00 | Meadville Medical Center, 1034 Grove Street, Meadville, PA 16335-2945 |
| 14288048 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2022 23:33:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14356664 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2022 23:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14288050 | + Email/Text: bankruptcy@onlineis.com | Jan 28 2022 23:33:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 14884295 | Email/Text: peritus@ebn.phinsolutions.com | Jan 28 2022 23:33:00 | Peritus Portfolio Services, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14347473 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2022 23:40:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14345166 | + Email/Text: bankruptcy@firstenergycorp.com | Jan 28 2022 23:33:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14288053 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 23:40:22 | Pinnacle Credit Services, Po Box 640, Hopkins, MN 55343-0640 |
| 14288055 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2022 23:40:22 | Portfolio Recovery & Associates, Po Box 41067, |

Case 16-10859-TPA   Doc 103   Filed 01/30/22   Entered 01/31/22 00:24:58   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541-1067 |
| 14364329 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2022 23:33:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14323922 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2022 23:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14288666 | | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2022 23:40:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14288057 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2022 23:33:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14288058 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:21 | Syncb Bank / American Eagle, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14288059 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:21 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14288060 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:29 | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14288061 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:29 | Synchrony Bank / JCPenneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14288062 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:21 | Synchrony Bank / PayPal Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14288063 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:29 | Synchrony Bank / Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 14288064 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:30 | Synchrony Bank / TJ MaxX, Po Box 965064, Orlando, FL 32896-5064 |
| 14288065 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2022 23:40:21 | Synchrony Bank / Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 14288066 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2022 23:33:00 | Transworld Systems Inc / 33, PO Box 15630, Wilmington, DE 19850-5630 |
| 14288067 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2022 23:33:00 | Transworld Systems Inc / 51, 507 Prudential Road, Horsham, PA 19044-2308 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14661626 | | M&T as Servicer for Lakeview Loan Serv. LLC, P.O.Box 62182,Baltimore,MD 21264 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, Peritus Portfolio Services, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 14297847 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14297845 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14288056 | ##+ | Regency Finance Company, 6588 North Ridge Road, Madison, OH 44057-2552 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 60

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Brian P. Potts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Christine L. Potts dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor LakeView Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 10